UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LEE RIVES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MATEVOUSIAN, et al.,<br><br>　　　　　　Defendants. | 1:17-cv-00347-SAB (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS **FOR A PRISONER**, OR PAY FILING FEE WITHIN FORTY-FIVE (45) DAYS |

Plaintiff Shawn Lee Rives is a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). Plaintiff initiated this action on March 9, 2017, at which time he filed a complaint. (ECF No. 1.) However, Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's office shall send to Plaintiff the form for application to proceed in forma pauperis **for a prisoner**; and

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action; and

1

3. **Plaintiff is warned tha thte failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **March 14, 2017**

UNITED STATES MAGISTRATE JUDGE

2