UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LEE RIVES,<br><br>    Plaintiff,<br><br>v.<br><br>MATEVOUSIAN, et al.,<br><br>    Defendants. | 1:17-cv-00347-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF No. 11) |

Plaintiff Shawn Lee Rives is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). On June 26, 2017, Plaintiff filed a motion seeking a 60-day extension of time to file an amended complaint. Plaintiff states that he is being relocated, does not have access to materials needed to amend his complaint.

Good cause being shown, Plaintiff's request (ECF No. 11) is granted. Plaintiff shall file a first amended complaint in compliance with the Court's May 17, 2017 order on or before 60 days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 27, 2017**

                                              UNITED STATES MAGISTRATE JUDGE